IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE T. AKEYO, Dr.; <br><br> Plaintiff, <br><br> vs. <br><br> DANIIEL FREDERICH, Mr.; BRENDA S. SPILKER, Mrs.; LAW FIRM, JESSICA POTE, Ms., at Thibault Suhr & Thibault; KEVIN MALTER, Dr., MD; and PERSONAL ASSISTANT, to Mrs. Bremda Spilker (present at hearing)); <br><br> Defendants. | **8:20CV300** <br><br> **MEMORANDUM AND ORDER** |

On July 28, 2020, Plaintiff Dr. Valeri T. Akeyo filed an unsigned Complaint. (Filing 1.) On August 6, 2020, the Clerk of Court advised Plaintiff that her Complaint was unsigned and therefore deficient. The Clerk of Court directed Plaintiff to "correct the deficiency" (i.e., file a signed Complaint) within 15 days, or the pleading "may be stricken from the record of this case." (Filing 5 (text order).) Plaintiff has failed to follow the Clerk of Court's directions.

Accordingly, I shall order Plaintiff to file a signed Complaint in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Complaint is signed. FAILURE TO CORRECT THE DEFECT WILL RESULT IN DISMISSAL OF THE COMPLAINT WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1.  Plaintiff is directed to correct the above-listed technical defect in the Complaint on or before **September 24, 2020**.

2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

3. The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **September 24, 2020**: deadline for submission of a signed complaint.

4. No further review of this case shall take place until Plaintiff complies with this order.

Dated this 25th day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge