IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE T. AKEYO, Dr.; | 8:20CV300 |
| Plaintiff, | |
| vs. | ORDER |
| DANIIEL FREDERICH, et al., | |
| Defendants. | |

IT IS ORDERED:

1. Plaintiff's motion for extension of time (Filing 9) is granted, as follows: Plaintiff shall have an additional 15 days, until October 28, 2020, to file an amended complaint in compliance with the court's Memorandum and Order of September 11, 2020 (Filing 8).

2. The clerk of the court shall reset the pro se case management deadline accordingly.

Dated this 16th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge