IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE T. AKEYO,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIIEL FREDERICH, et al.<br><br>                Defendants. | 8:20CV300<br><br>**MEMORANDUM<br>AND ORDER** |

      This matter is before the court on Plaintiff's second motion for extension of time (Filing 11), which was untimely filed on November 2, 2020. Plaintiff requests a six-month extension of time to file an amended complaint. The court realizes, of course, that Plaintiff is not represented by counsel, but that is not sufficient reason for an extension of time, let alone a six-month extension. Out of an abundance of caution, however, the court will grant Plaintiff a one-month extension from the previous deadline, which was October 28, 2020, to file an amended complaint that states a claim upon which relief may be granted. Accordingly,

      IT IS ORDERED that Plaintiff's second motion for extension of time (Filing 11) is granted in part and denied in part, as follows:

      1.    Plaintiff shall have until November 30, 2020, to file an amended complaint in compliance with the court's previous Memorandum and Order (Filing 8). Failure to file an amended complaint by November 30, 2020, will result in the court dismissing the case without prejudice, and without further notice to Plaintiff.

      2.    In all other respects, Plaintiff's motion is denied.

      Dated this 6th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge