IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VALERIE T. AKEYO,<br><br>  Plaintiff,<br><br>vs.<br><br>DANIIEL FREDERICH, et al.,<br><br>  Defendants. | 8:20CV300<br><br>**MEMORANDUM<br>AND ORDER** |

On November 6, 2020, the court ordered Plaintiff to file an amended complaint by November 30, 2020, or face dismissal of this action. (Filing 12.)[1] To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 1st day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

---

[1] The court's initial order requiring Plaintiff to file an amended complaint was entered on September 11, 2020 (Filing 8), but Plaintiff obtained two extensions of time. See Filings 9-12.